UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

In re *Ex Parte* Petition of the Republic of Turkey for an Order Directing Discovery from Hamit Çiçek Pursuant to 28 U.S.C. § 1782

Case No. 19cv20107-ES-SCM

[PROPOSED] ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782  (D.E. 1)

THIS CAUSE came before the Court upon the Petition of the Republic of Turkey ("Petitioner") for judicial assistance pursuant to 28 U.S.C. § 1782 (the "1782 Petition"). The Court, having considered the § 1782 Petition, the supporting materials, and otherwise being fully advised in the premises, finds as follows:

(1) Petitioner has met the requirements under 28 U.S.C. § 1782 for granting the requested judicial assistance and relief.

(2) For purposes of the instant 1782 Petition, the following person is found in the District of New Jersey: Hamit Çiçek ("Çiçek").

(3) The documentary and other discovery sought through this 1782 Petition is for use in proceedings before a foreign tribunal.

(4) The Petitioner is an interested person within the meaning of the statute, in their capacity as litigant.

Accordingly, it is hereby ORDERED and ADJUDGED as follows:

(1) The 1782 Petition is GRANTED.

(2) Any discovery taken pursuant to this Order shall be governed by the Federal Rules of Civil Procedure.

(3)     The Petitioner's request for leave to conduct discovery and to serve subpoenas in substantially similar form as the forms attached to Petitioner's Petition as Appendix 1 and 2 is GRANTED.

(4)     Nothing in this Order shall be construed to prevent or otherwise foreclose Petitioner from seeking modification of this Order or leave of Court to serve any additional subpoena on any person or entity.

IT IS SO ORDERED, this 9th th day of December, 2019.

UNITED STATES DISTRICT JUDGE

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 12/9/19

2