# WEINER LAW GROUP LLP

ATTORNEYS AT LAW

RONALD A. BERUTTI                                                                                                                  rberutti@weiner.law
Member of the Firm

June 15, 2020

**VIA ECF**
Honorable Esther Salas, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

           Re:    **In Re. Petition of the Republic of Turkey for an Order Directing Discovery from Hamit Cicek**
                  **Civil Action No. 2:19-cv-20107-ES-SCM**
                  **Our File No. 23452**

Dear Judge Salas

      As Your Honor is aware, this firm represents Hamit Cicek in the above-referenced matter. Accompanying this letter is our submission in opposition to the Republic of Turkey's Second Petition for an Order Directing Discovery from Hamit Cicek Pursuant to 28 U.S.C. § 1782.

      With apologizes, we are re-submitting materials previously filed in this matter, most specifically the voluminous exhibits attached to my Declaration, and the Declaration of Mehmet Tahsin with exhibits. We are re-submitting same out of an abundance of caution so as to ensure that the record in opposition is complete, given that the Court's prior Orders have been stricken.

      We recognize that Your Honor's Individual Rules do not require us to provide a copy of our filing. However, given the volume of material, if Your Honor wishes to have us provide a courtesy copy to the Court, we will gladly do so.

**629 PARSIPPANY ROAD, P.O.BOX 0438, PARSIPPANY, NEW JERSEY 07054**
**PHONE 973-403-1100   FAX: 973-403-0010**

Honorable Esther Salas, U.S.D.J.  June 15, 2020
In Re: Republic of Turkey  Our File No. 23452
Page 2

      I thank Your Honor for consideration of the above, and apologize for any inconvenience this may cause.

                    Respectfully yours,

                    WEINER LAW GROUP LLP

                    By: *s/Ronald A. Berutti*
                          Ronald A. Berutti
                          A Member of the Firm

RAB:cfg
cc: James E. Berger, Esq. (via ECF)
1831962_1.docx